IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILL DIVISION

| | | |
|---|---|---|
| CHERYL PRATTE, | : | |
| Plaintiff, | : | CIVIL ACTION FILE |
| v. | : | NO.2:06-CV-0024-WCO |
| MIDLAND CREDIT MANAGEMENT, Inc., et al; | : | |
| Defendant, | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff pro se and Defendant, through their duly authorized counsel of record, and stipulate that the above styled action be Dismissed with predjudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it being the intention of the parties to mutually release each other with regard to all claims made in said civil action.

Respectfully submitted this 0th day of August, 2006.

Cheryl Pratte
Pro Se Plaintiff

Greg Mitchell
Attorney for Defendant
Georgia Bar No. 504053

Balch & Bingham LLP
14 Piedmont Center, St. 1100
3535 Piedmont Road, N.E.
Atlanta, GA 30305
(404) 760-3569

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system and I served upon pro se Plaintiff by U.S. Mail, properly addressed and postage prepaid, on this the 10th Day of August, 2006.

Cheryl Pratte
6628 Old Dahlonega Highway
Dahlonega, Georgia 30533

_____
Greg Michell

74383.1